AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RENALD JEAN-BAPTISTE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1654-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 4, 2002 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, either form his own use or the use of another,

in violation of Title 18 United States Code, Section(s) 1542.

I further state that I am a(n) Special Agent, DSS and that this complaint is based on the following
Official Title
facts:

See attached affidavit of DSS Special Agent Herman L. Arnold

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004 at Boston, Massachusetts
Date

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.