## **AFFIDAVIT**

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August, 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal charging, Renald JEAN-BAPTISTE with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On March 4, 2002, a person using the identity of Lance Steven Tirso Roxas submitted an application ("DS-11") for a United States passport at the U.S. Post Office located in Cambridge, MA. A copy of the passport application is appended hereto as Exhibit A. In support of the application, the person

provided a birth certificate in the name of Lance Steven Tirso Roxas from the Board of Health and Vital Statistics of Hudson County, Jersey City, New Jersey, reflecting that the person was born on May 9, 1971, in Jersey City, New Jersey. A Copy of the birth certificate is appended hereto as Exhibit B. The person signed the ROXAS application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the person submitted two copies of a photograph of himself. One copy of the photograph was attached to the application at the time of its submission.

4. On January 14, 2004, Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service interviewed the person who submitted the application in the name of Lance Steven Tirso Roxas. He admitted that he is not Lance Steven Tirso Roxas, and that his true identity is Renald JEAN-BAPTISTE. He further admitted that he is a citizen of Haiti by virtue of birth, having been born in Port-au-Prince, Haiti, on June 9, 1973. A copy of JEAN-BAPTISTE'S sworn statement is appended hereto as Exhibit C. JEAN-BAPTISTE then voluntarily provided his fingerprints to the affiant for identification purposes.

5. On January 14, 2004, the true Lance Steven Tirso Roxas was interviewed by Diplomatic Security Service Special Agent

William T. Noone of the New York Field Office of the Diplomatic Security Service, and he admitted that he supplied Renald JEAN-BAPTISTE with identification documents for the purpose of aiding JEAN-BAPTISTE in obtaining a U.S. Passport, knowing JEAN-BAPTISTE was not entitled to a U.S. Passport. A Copy of Lance Steven Tirso Roxas's sworn statement is appended hereto as Exhibit D.

6. Based on the foregoing, I have probable cause to believe that Renald JEAN-BAPTISTE did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 19th day of February, 2004.

HERMAN L. ARNOLD
Special Agent
U.S. Department of State,
Diplomatic Security Service


Subscribed and sworn before me this 19th day of February, 2004, in Boston, Massachusetts.

CHARLES B. SWARTWOOD III
United States Magistrate Judge

3

**EXHIBIT A**

# U.S. Department of State
## APPLICATION FOR ☐ U.S. PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle):** LANCE STEVEN TIKSO
**LAST:** ROXAS

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX:** 414 W 36
**APT. #:** 2C
**CITY:** NEW YORK
**STATE:** NY
**ZIP CODE:** 10018
**COUNTRY / IN CARE OF:**

Barcode: 103869534

☐ 5 Yr.  ☐ 10 Yr.  Issue Date _____
☐ R  ☐ D  ☐ O  ☐ DP
End. # _____  Exp. _____

**3. SEX:** M
**4. PLACE OF BIRTH:** NEW JERSEY MEDICAL
**5. DATE OF BIRTH:** 5/1/71
**6. SOCIAL SECURITY NUMBER:** 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

**7. HEIGHT:** 6'1"
**8. HAIR COLOR:** Black
**9. EYE COLOR:** Dark Brown
**10. HOME TELEPHONE:** 617-267-6411
**11. BUSINESS TELEPHONE:** 347-423-2490
**12. OCCUPATION:** —

**13. PERMANENT ADDRESS:** 59 Burbank St, Boston, MASS 02115

**14. FATHER'S FULL NAME:** Steven Roxas
**BIRTHPLACE:** Boston
**BIRTHDATE:** 1/20/40
**U.S. CITIZEN:** Yes

**15. MOTHER'S FULL MAIDEN NAME:** Catherine Eileen Roxas
**BIRTHPLACE:** Orange
**BIRTHDATE:** 12/30/45
**U.S. CITIZEN:** Yes

**16. HAVE YOU EVER BEEN MARRIED?** No
**17. OTHER NAMES YOU HAVE USED:** —

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** No

**19. EMERGENCY CONTACT:**
NAME: Catherine Eileen Roxas
STREET: 336 Oceanic Drive
CITY: Toms River  STATE: N.J.  ZIP: 08753  TELEPHONE: 732-270-3024

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED...**
Applicant's Signature: Lance Steven Roxas

**22. FOR ACCEPTANCE AGENT'S USE:**
Signature: Francis E. Moona
Date: 03/04/2003
☑ Postal Employee  Camb APO 02139

**23a. Applicant's or Father's Identifying Documents:**
☑ Other (Specify): MASS LIQUOR ID
Expiration Date: 02/25/2007
Place of Issue: MASS
Name: LANCE STEVEN ROXAS
ID No: 542776106

**24. FOR ISSUING OFFICE USE ONLY:**
☑ City Filed/Issued: 5/1/71
Issued: 5/1/71
☑ Seen & Returned
☑ Attached

**EXHIBIT B**

| BIRTH REGISTRATION CERTIFICATE |

## Board of Health and Vital Statistics
### OF HUDSON COUNTY
### JERSEY CITY NEW JERSEY



| NAME | S | PLACE OF BIRTH | DATE OF BIRTH |
|---|---|---|---|
| | | JERSEY CITY, N. J. | |



This is a true certification of name and birth facts as recorded in this office.

MAY 13th, ...
**REGISTRATION DAY**

MAY 14th, 1971
**DATE ISSUED**

*Maurice Summer*
MAURICE SUMMER
REGISTRAR OF VITAL STATISTICS

| STATE OF NEW JERSEY |

B.H. 2732 — 19 PROGRESS PRINTING CO.

**EXHIBIT C**



United States Department of State
Bureau of Diplomatic Security

## SWORN STATEMENT

PLACE: SKYLIGHT DINER
~~39TH &~~ 34TH STREET & 9TH AVE MANHATTAN, NY

DATE: 11/14/2004

I Renald Jean Baptiste, hereby make the following statement voluntarily to S/A WILLIAM NOONE who has been identified to me as a Special Agent of the Diplomatic Security Service, United States Department of State.

Renald Jean-Baptiste    Lance Roker

I thought I could have get away of using Lance's IDs so that I could get out of the country to be able to do a job dancing.

No I did not pay for the documents Lance let me used them because he was a good friend to me.

No I do not have the documents I sent them by fall of 2002 to the passport agency. I don't know where they are right now because I don't have them. I got all the documents from Lance. I applied in Boston.

It was the only time I have ever done such a thing. I was just trying to do a job. I have never had any problem with the law, never been arrested.

Renald Jean-Baptiste
414 W 36 apt 9c NY NY 10018
212-594-8742
6-9-73 Birth date
I came to the USA in May 89
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

X Renald Jean Baptiste

Page 1 of 2

**United States Department of State**
**Bureau of Diplomatic Security**

I SWEAR THAT THE CONTENTS OF THIS STATEMENT OF RENALD JEAN BAPTISTE (Q) PAGES ARE TRUE AND CORRECT: THAT I HAVE MADE THIS STATEMENT OF MY OWN FREE WILL AND ACCORD WITH NO PROMISES OF IMMUNITY HAVING BEEN MADE TO ME AND WITHOUT ANY THREATS, FORCE, OR COERCION BEING USED AGAINST ME. I MAKE THIS STATEMENT IN AN EFFORT TO ASSIST THE UNITED STATES DEPARTMENT OF STATE IN AN OFFICIAL INVESTIGATION. I HAVE BEEN COURTEOUSLY TREATED AND I HAVE NO OBJECTION TO THE CONDUCT OF THE INTERVIEWING OFFICERS.

FURTHER DEPONENT SAITH NOT.

S: *Renald Jean Baptiste*

SUBSCRIBED AND SWORN BEFORE ME ON THIS 14 DAY OF JAN, 2004

S: *William T. [signature]*
SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

WITNESS: S: *[signature]*
Special Agent
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

**EXHIBIT D**



**United States Department of State**
**Bureau of Diplomatic Security**

### SWORN STATEMENT

PLACE: CRUNCH FITNESS 3x 1st ST B/W 7th/BW.7

DATE: 14 JAN 2004

I LANCE DOUGLAS, hereby make the following statement voluntarily to SA WILLIAM NOONE who has been identified to me as a Special Agent of the Diplomatic Security Service, United States Department of State.

THAT DURING THIS YEAR OF 2002 I LENT MY DOCUMENTATION TO SETH BAPTISTE OF 414 36TH ST. NY NY. I FELT REALLY BAD FOR MR. BAPTIST AS HE WAS LEFT ALONE BY HIS FAMILY AFTER BEING BROUGHT INTO THIS COUNTRY ILLEGALLY. HE GOT OFFERED THE JOB OF HIS DREAMS WITH THE CLOWS DID SHOW. I GAVE HIM MY DOCUMENTATION SO HE COULD ATTAIN DOCUMENTATION WITH HIS PICTURE ON IT THAT WOULD ENABLE HIM TO TAKE THE JOB. HE THEN FOUND OUT THAT HE NEEDED TO FLY OVERSEAS FOR THE POSITION AND I ONCE AGAIN LENT HIM DOCUMENTATION SO HE COULD ATTAIN A PASSPORT. I FELT VERY SORRY FOR MR. BAPTISTE DUE TO THE COMPLICATIONS HE HAS HAD TO FACE IN LIFE AND THAT IS WHAT LED ME TO LEND HIM MY DOCUMENTATION.

Page 1 of 2

United States Department of State
Bureau of Diplomatic Security

I SWEAR THAT THE CONTENTS OF THIS STATEMENT OF _LANCE ROARS_ ( )
PAGES ARE TRUE AND CORRECT: THAT I HAVE MADE THIS STATEMENT OF MY OWN FREE WILL
AND ACCORD WITH NO PROMISES OF IMMUNITY HAVING BEEN MADE TO ME AND WITHOUT ANY
THREATS, FORCE, OR COERCION BEING USED AGAINST ME. I MAKE THIS STATEMENT IN AN
EFFORT TO ASSIST THE UNITED STATES DEPARTMENT OF STATE IN AN OFFICIAL
INVESTIGATION. I HAVE BEEN COURTEOUSLY TREATED AND I HAVE NO OBJECTION TO THE
CONDUCT OF THE INTERVIEWING OFFICERS.

FURTHER DEPONENT SAITH NOT.

S: _____

SUBSCRIBED AND SWORN BEFORE ME ON THIS __14__ DAY OF __Jan__, _2004_

S: _____
SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

WITNESS: S: _____
Special Agent
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024