UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAR 30 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RENALD JEAN-BAPTISTE ) | CR. NO. MJ-04-1654-CBS |
| ) | |

**ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the probable cause hearing in this matter, presently scheduled for March 30, 2004, for at least a week to give the defendant the opportunity to review materials provided by the government, and to allow the parties to determine whether the case may be resolved short of trial.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

March 29, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.                                        Boston, Massachusetts
                                                    March 29, 2004

    I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Syrie Fried, Federal Defender Office, 408 Atlantic Avenue, 3rd floor, Boston, MA 02210.

*/s/ Donald L. Cabell*
DONALD L. CABELL
Assistant U.S. Attorney