AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

Renald Jean-Baptiste

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1654-CBS

I, __Renald Jean-Baptiste__, charged in a (complaint) (petition) pending in this District with __making false statements in passport application__ in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) ~~(hearing)~~, do hereby waive (give up) my right to a preliminary (examination) ~~(hearing)~~.

_Renald Jean-Baptiste_
Defendant

_Sylvie D. Fried_
Counsel for Defendant

4/8/04
Date